# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YONAS GHIRMAY | CIVIL ACTION |
| VERSUS | NO:     07-1826 |
| BERHANE TSEGIA d/b/a SEMPEL MULTI MEDIA PRODUCTION | SECTION: "C" (2) |

## ORDER AND REASONS

Before the Court is the plaintiff's Motion for Default Judgment. (Rec. Doc. 17). Plaintiff seeks $30,000 in damages and $10,000 in attorney fees for defendant's alleged misappropriation of his copyrighted material. On October 14, 2008, this Court ordered plaintiff to provide additional evidence and briefing on eight specifically enumerated topics. (Rec. Doc. 20). On October 28, 2008 plaintiff filed a supplemental memorandum, which at best addressed two of the eight topics. (Rec. Doc. 21). Plaintiff has failed to provide the required evidence and therefore this Court can not "establish the truth of any allegation by evidence." *See* Fed. R. Civ. P. 55(b)(2). Accordingly,

IT IS ORDERED that plaintiff's Motion for Default Judgment (Rec. Doc. 17) is DENIED without prejudice to re-urging upon the submission of evidence and briefing in accordance with this Court's October 14, 2008 Order.

New Orleans, Louisiana, this 10th day of November, 2008

                                                         HELEN G. BERRIGAN
                                                       UNITED STATES DISTRICT JUDGE